CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, v. ST. LAWRENCE TEXTILE CORPORATION, Appellant and Third-Party Plaintiff-Appellant. SIDNEY L. ALBERT et al., Doing Business as L. ALBERT & SON, Third-Party Defendants-Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ. [See 284 App. Div. 845.]

∎

MAFLO HOLDING CORP., Appellant, v. S. J. BLUME, INC., Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

∎

In the Matter of the Arbitration between ALEX HOLLANDER et al., Copartners Doing Business under the Name of MANHATTAN GEAR & MACHINE CO., Respondents, and LINOCHINE PRODUCTS CORP., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

∎

BRYANT & HEFFERNAN, INC., Respondent, v. CARETTA STEAMSHIP CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

∎

In the Matter of the Accounting of BANKERS TRUST COMPANY, Successor by Merger to COMMERCIAL NATIONAL BANK & TRUST COMPANY OF NEW YORK, as Executor of EDWARD T. COOK, Deceased, Respondent. NATHAN M. PADGUG, as Special Guardian for JANE E. COOK, an Infant, Appellant.— On the facts in this case, involving a decedent citizen of the United States and resident of Cuba, the decree should be affirmed. No broader ruling is required or made. Decree, so far as appealed from, unanimously affirmed, with costs payable out of the estate. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

∎

FESHBACH & ACKERMAN FUR CORP., Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— (8175) Judgment unanimously modified by reducing the verdict to $13,687, on the ground that the jury inadvertently included items relating to skins left after the burglary, as is shown by their reference to " the sum mentioned in column 9 " of Exhibit A and, as so modified, affirmed, with costs. Settle order on notice. (8176) Order unanimously reversed and the motion granted, with costs. See decision in Appeal No. 8175. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

∎

In the Matter of CAS-BAR, INC., Petitioner, against STATE LIQUOR AUTHORITY, Respondent.— Determination unanimously confirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.